UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORA MYERS,<br><br>    Plaintiff,<br><br>vs.<br><br>PILOT TRAVEL CENTERS, LLC, d/b/a<br>FLYING J TRAVEL CENTER,<br><br>    Defendant. | CIV. #22- __4176__<br><br><br>**COMPLAINT AND DEMAND<br>FOR TRIAL BY JURY** |

COMES NOW the Plaintiff, Debora Myers, and for her Complaint against the above-named Defendant, states and alleges as follows:

## PARTIES

1.    Plaintiff Debora Myers (hereinafter "Plaintiff") is, and at all times relevant hereto was, a resident of Madrid, Iowa.

2.    Upon information and belief, Defendant Pilot Travel Centers, LLC (hereinafter "Defendant") is a limited liability company duly organized and existing under the laws of the State of Delaware with its principal place of business in Knoxville, Tennessee. Defendant is duly registered to conduct and was, at all times relevant hereto, conducting business in the State of South Dakota in the gas station industry. At all times relevant hereto, Defendant was doing business as Flying J Travel Center located at 5201 N. Granite Lane, Sioux Falls, County of Minnehaha, South Dakota 57107.

## JURISDICTION AND VENUE

3.      Plaintiff invokes the jurisdiction of this Court pursuant to 28 U.S.C. § 1332 based upon the diversity of the Parties.  The amount in controversy exceeds the sum of $75,000.

4.      A substantial part of the events giving rise to this action occurred in South Dakota, and thus venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2).

## FACTS

5.      On or about June 12, 2021, Plaintiff was a business invitee at the Flying J Travel Center located at 5201 N. Granite Lane, Sioux Falls, County of Minnehaha, South Dakota 57107.

6.      On July 12, 2021, Plaintiff and her family were traveling through South Dakota on a family vacation and stopped at the Flying J Travel Center to refuel.

7.      Plaintiff exited the vehicle while her husband was refueling the vehicle and started walking toward the gas station's entrance. She realized that she had forgotten her pursue and turned around heading back toward her vehicle.

8.      By this time, her husband had finished fueling their vehicle and pulled up to the Flying J Travel Center's entrance, parking in the second parking spot to the north of its main entrance.

9.      Plaintiff walked toward the front passenger side of their parked vehicle.  When she stepped off the curb onto the parking lot, her right foot hit the left side of the uneven/broken asphalt causing her foot to turn inward.

10.     The uneven and broken asphalt caused the Plaintiff to fall to the ground and land on her left knee and twist her right ankle.

11.     As a result of the fall, Plaintiff sustained injuries and damages, including, but not limited to, personal injuries which required medical treatment and ultimately surgery.

Additionally, she has experienced pain and suffering, permanent impairment and disability, scarring, loss of enjoyment of the capacity of life, loss of past and future earned wages, past and future medical costs and expenses, and other general and special damages.

## COUNT I
### *Negligence – Premises Liability*

12.     Plaintiff realleges paragraphs 1-11 of this Complaint and incorporates them by reference herein.

13.     Defendant owed a duty to exercise reasonable and ordinary care to Plaintiff and to maintain its premises in a reasonably safe condition.

14.     Defendant breached its duties owed to Plaintiff.

15.     Defendant's breach of its duties caused Plaintiff to sustain the above-discussed injuries.

16.     Defendant owned and controlled the property on which Plaintiff was injured and knew or should have known of its dangerous condition and should have expected that Plaintiff would not discover, know, or realize the danger or would fail to protect herself against it.

17.     Plaintiff's injuries were reasonably foreseeable to Defendant.

18.     As a direct and proximate cause of Defendant's negligence, Plaintiff has sustained injuries including, but not limited to, personal injuries, pain and suffering, permanent impairment and disability, scarring, loss of enjoyment of the capacity of life, loss of past and future earned wages, past and future medical costs and expenses, and other general and special damages.

**WHEREFORE,** Plaintiff respectfully prays for damages against the Defendant as follows:

(1)     For Plaintiff's compensatory, general, and special damages in an amount
        the jury deems just and proper under the circumstances;

(2)     For Plaintiff's costs and disbursements herein;

3

(3)   For pre- and post-judgment interest; and

(4)   For such other and further relief as the Court determines to be just and

proper.

Dated this _19-th_ day of December, 2022.

JOHNSON, JANKLOW, ABDALLAH, &
REITER, LLP

BY_____
Scott A. Abdallah (scott@janklowabdallah.com)
Kimberly J. Lanham (kim@janklowabdallah.com)
P.O. Box 2348
Sioux Falls, SD  57101-2348
Phone: 605-338-4304
Fax: 605-338-4162
*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff hereby respectfully demands trial by jury on all issues so triable.

_____
Scott A. Abdallah
Kimberly J. Lanham

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

DEBORA MYERS

**(b)** County of Residence of First Listed Plaintiff  **Boone County, IA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Johnson, Janklow, Abdallah & Reiter, P.O. Box 2348
Sioux Falls, SD  57101   605-338-4304

## DEFENDANTS

PILOT TRAVEL CENTER, LLC, et al.

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                      *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC Sections 1332 and 1391(b)(2)

Brief description of cause:
Personal injury involving a fall in private parking lot

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
greater than $75,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____   DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____